IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL BAUGHMAN, ET AL | : | |
| | : | CASE NO. 2:11-CV-1006 |
| PLAINTIFFS, | : | |
| | : | Judge Sargus |
| v. | : | |
| | : | Magistrate Judge Abel |
| LONNIE WOOD, ET AL., | : | |
| | : | |
| DEFENDANTS. | : | |

**STIPULATION OF DISMISSAL OF FEDERAL CLAIMS ONLY, WITH PREJUDICE, AND ORDER OF REMAND OF STATE LAW CLAIMS**

Counsel for Plaintiffs and Defendants, pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' Federal claims only, with prejudice, which is set forth as Count Eight to Plaintiffs' Amended Complaint and Jury Demand.  The parties further stipulate that such a dismissal will have no res judicata effect upon the remaining state law claims.  The Court hereby approves said stipulation of dismissal, with prejudice, and finding that there are no longer any Federal claims pending, hereby remands Plaintiffs' remaining state law claims back to state court, the Perry County, Ohio Court of Common Pleas.

IT IS SO ORDERED.

_____
Judge Sargus

SUBMITTED AND APPROVED:

*/s/ D. Joe Griffith*
D. Joe Griffith           (0055499)
Attorney for Plaintiffs

Doc.435664

*/s/ Jeffrey A. Stankunas*
Jeffrey A. Stankunas    (0072438)
Attorney for Defendants

Doc.435664